**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Alex Solis-Muela, | ) | Case No. 4:10-mj-080 |
| | ) | |
| Defendant. | ) | |

_____

Defendant was appointed counsel because he had limited funds at the time of his court appearance. The court finds that funds are available from defendant for partial payment of compensation and expenses of court-appointed and/or for other services necessary for adequate representation, and that defendant is financially able to make partial payment for representation and/or other services necessary for adequate representation.

The court therefore **ORDERS** that defendant shall make a one-time payment of $250 to the Clerk, U.S. District Court, P.O. Box 1193, Bismarck, ND 58502. Payment is due by December 31, 2010.

Dated this 30th day of November, 2010.

　　　　　　　　　　　　　　　　　　　　　/s/  Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge